# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−15−43716−nhl |
| Jacob Fetman<br>aka Yaakov Fetman | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−0000 | |
| DEBTOR(s) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on August 11, 2015 in this bankruptcy court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records).

**Address of Clerk:**                       **United States Bankruptcy Court**
                                            **271−C Cadman Plaza East, Suite 1595**
                                            **Brooklyn, NY 11201−1800**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**Moshe Fetman**
**1723 Ocean Ave.**
**Brooklyn, NY 11230**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: August 11, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLinvol** [Involuntary summons 12/1/09]