# Notice Recipients

District/Off: 0207−1  User: dmcfadden  Date Created: 8/11/2015
Case: 1−15−43716−nhl  Form ID: pdf000  Total: 2

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee       USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ptcrd       Moshe Fetman       1723 Ocean Ave.       Brooklyn, NY 11230

TOTAL: 1