UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                          Case No.: 15-43716-nhl

Jacob Fetman,                                                   Chapter 7

                                            Debtor.
---------------------------------------------------------------X

## SUPPLEMENTAL AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF KINGS          )

        The undersigned, being duly sworn, deposes and says:

        1.  I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **BROOKLYN, NEW YORK.**

        2.  On January 14, 2016, I served the Trustee's motion to approve bidding procedures upon the persons listed below by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.

*see attached

                                                              /s/
                                                              Bruce Weiner

Sworn to before me this
14th day of January, 2016

  /s/
NOTARY PUBLIC

To:    Tammy Fetman
1743 Ocean Avenue
Brooklyn, NY 11230

Andrew Citron, Esq.
30 Wall Street, 8th Floor
New York, NY 10005