UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
In re:

Jacob Fetman,                                              Case # 15-43716-nhl
   Debtor.
----------------------------------------------------x

## OBJECTIONS TO PROPOSED ORDER

Please take notice, that Moshe Fetman and Yaffa Fetman, hereby object to the proposed order of Aish Hatorah NY, Inc.

To the extent that $140,477.31, or any other funds being held in escrow, belongs to Jacob Fetman, or is being held on his behalf, said funds, or at least a portion thereof, should go to Moshe and Yaffa Fetman, rather than to Aish. If it is determined that Moshe and Yaffa Fetman are judgment creditors rather than beneficial owners of 4301 and 4305 10th Ave. Brooklyn, then the judgment of the Fetmans was prior in time, and so they have priority over Aish.

Dated:  Brooklyn, New York
       February 9, 2016

Jon Ari Lefkowitz, Esq.
*Attorney for Creditors Moshe and Yaffa Fetman*
1222 Avenue M
Suite 204
Brooklyn, NY 11230
(718) 692-0459

_____/s/_____
Jon Ari Lefkowitz (JAL 7768)