UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

    Jacob Fetman a/k/a　　　　　　　　　　　　　　Chapter 7
    Yaakov Fetman,

    　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-43716-nhl

    　　　　　　　Debtor.
--------------------------------------------------------X

## NOTICE OF MOTION OF TRUSTEE FOR AN ORDER
## FURTHER EXTENDING HIS TIME TO OBJECT TO DISCHARGE

PLEASE TAKE NOTICE that Robert J. Musso, Chapter 7 Trustee ("Trustee") of the estate of Jacob Fetman ("Debtor") by his attorneys Rosenberg, Musso & Weiner, LLP, will move this Court before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, Room 2529, on March 21, 2017 at 10:30 a.m. or as soon thereafter as counsel can be heard for an order pursuant to Bankruptcy Rule 4004(b) extending the time for the Trustee to file a complaint objecting to discharge together with such relief as is just and proper.

Responsive papers to the motion must be filed with the court with a copy to chambers and served on the undersigned no later than five days before the return date.

Dated: Brooklyn, New York
       January 31, 2017　　　　　　　　　　　　　Rosenberg, Musso & Weiner, LLP
       　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Trustee*

    　　　　　　　　　　　　　　　　　　　By:　　*/s/Robert J. Musso*_____
    　　　　　　　　　　　　　　　　　　　　　　Robert J. Musso (RJM-9530)
    　　　　　　　　　　　　　　　　　　　　　　26 Court Street, Suite 2211
    　　　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11242
    　　　　　　　　　　　　　　　　　　　　　　(718) 855-6840

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

    Jacob Fetman a/k/a                                    Chapter 7
    Yaakov Fetman,

                                                            Case No. 15-43716-nhl
                    Debtor.
--------------------------------------------------------X

## TRUSTEE'S APPLICATION FOR AN ORDER FURTHER EXTENDING HIS TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE

    TO: THE HONORABLE NANCY HERSHEY LORD
         UNTIED STATES BANKRUPTCY JUDGE

Robert J. Musso ("Trustee"), Chapter 7 Trustee to the estate of Jacob Fetman ("Debtor") respectfully submits:

1. On August 11, 2015 a Chapter 7 involuntary petition was filed against Jacob Fetman ("Debtor").

2. On October 28, 2015, Robert J. Musso was appointed Interim Trustee and is now serving as the permanent Trustee.

3. The court has extended the Trustee's time to object to the Debtor's discharge on several occasions. The Debtor by counsel has either consented and signed a stipulation or the Trustee has filed a motion when the Debtor has refused to consent.

4. On November 21, 2016 the court granted the Trustee's motion to extend time and entered an order (Docket No. 153) extending time until January 31, 2017. Attached as Exhibit A is the order extending time to January 31, 2017.

5. The Trustee submits there is ample cause to further extend the Trustee's time to object to the Debtor's discharge.

6. There are several matters pending before this court. There is an appeal pending in the Appellate Division of the state of New York. The decision of that court may give the Trustee cause or a basis to object to the Debtor's discharge.

7. The Debtor's 2004 examination has not concluded and further testimony of the Debtor may give the Trustee reasons to object to discharge. The court may soon render a decision in an adversary proceeding which may contain findings to justify the Trustee filing a complaint for denial of a discharge to the Debtor.

8. The Trustee submits there is ample cause to extend the Trustee's time to object to the Debtor's discharge.

9. A copy of the proposed order extending time is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to extend the Trustee's time of object to discharge be granted together with any further relief.

Dated: Brooklyn, New York
      January 31, 2017

Rosenberg, Musso & Weiner, LLP
*Attorneys for Trustee*

By:   __/s/Robert J. Musso__
     Robert J. Musso (RJM-9530)
     26 Court Street, Suite 2211
     Brooklyn, New York 11242
     (718) 855-6840