**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

IN RE: Jacob Fetman
a/k/a Yaakov Fetman

Case No. 15-43716-NHL

Chapter 7

Debtor

### REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerk's Office requests that the Court determine if access to Document(s) No. 244 filed in CM/ECF should be restricted.

The document or claim contains:

☐ Personal identifiers as set forth in Bankruptcy Rule 9037
- Social Security Number
- Taxpayer Identification Number
- Birth Date
- The name of an individual, other than the debtor, known to be and identified as a minor
- Financial Account Number

☐ Trade Secrets

☑ Confidential Research, Development or Commercial Information

☐ Scandalous or Defamatory Matter

☑ Other: Exhibit C, pp. 151-152

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☑ The Clerk's Office is directed to restrict access to the document.

☐ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before _____.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):



Dated: October 27, 2017
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**