CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 DEC 19  A 11: 58

RECEIVED/MR

# JON A. LEFKOWITZ

3054 Bedford Ave.
BROOKLYN, N.Y. 11210
(718) 692-0459

December 13, 2017

Re: US Bankruptcy Court, EDNY, General Order #660

In re Jon Lefkowitz

Hon. Carla Craig
US Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Hon. Judge Craig:

I have today received your order above referenced, which directs me to file notifications in certain enumerated cases. Please be advised that:

in case 13-45519 (Herman Segal), I did not represent any party.

In case 15-1135 (567 Warren St. LLC), I not only informed the court and parties of my suspension, I also moved to be relieved, and the court denied my motion as "moot", noting that I was suspended. Subsequently, Leo Fox replaced me as attorney for 567 Warren St. LLC. He first appeared instead of me on 4/5/17, and filed his notice of appearance on 5/31/17 (docket #64).

In case 15-43716 (Jacob Fetman) Gregory Messer, Esq. took over representation of Moshe Fetman on 8/18/16. Mr. Gaffney (from the same office, apparently) filed his letter confirming his representation on 3-10-17 (docket #180).

In case #16-1065 (Aish Hatorah v. Musso) Ira Abel, Esq. replaced me as attorney for Merkaz on 11-22-17 (docket #26).

Therefore, I am not, and for long have not been, the attorney of record for any party in the above cases. Other lawyers have taken over representation of my erstwhile clients.

In case 16-43511 (Claire Accuhair, Inc), I was under the impression that Jerome Goldman, Esq. took over representation of the debtor. In fact, he told me that **he appeared several times in this case**, and that he stated his appearance on the record. The docket, however, reveals that he appeared only in the related case 16-41277 (in which I NEVER represented any party), and neither of us understands how this happened. In order to rectify this, he has told me he will promptly file a notice of appearance. Perhaps he has already done so.

In case #16-43522, there has been no activity for almost one year, and my involvement was limited to only one motion, so I simply forgot about it.

In any event, I am serving the required notices today for the latter two cases, in which the docket shows that I still officially represent a party. I have enclosed a copy of the required notices herewith, and since I am no longer able to file them electronically, I respectfully request that said letters be deemed filed with the court.

Sincerely,
/S/
Jon A. Lefkowitz

Cc: Debra Kramer, Esq. via email to dkramer@kramerpllc.com
Gregory Messer, Esq. via email to gremesser@aol.com