UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                        Case No. 15-43716-nhl

Jacob Fetman *aka* Yaakov Fetman,                            Chapter 7

                                Debtor.
-----------------------------------------------------------x

### ORDER AUTHORIZING AND APPROVING GLOBAL SETTLEMENT

Robert J. Musso, (the "Trustee"), Chapter 7 Trustee of the estate of Jacob Fetman (the "Debtor"), having filed a motion (the "Trustee's Motion") [ECF No. 276] pursuant to Fed. R. Bankr. P. 9019 ("Rule 9019") by Order to Show Cause for approval of a global settlement ("Global Settlement") annexed as Exhibit A to the Trustee's Motion, the Court having reviewed the Trustee's Motion and the affirmation of Bruce Weiner, Esq. dated April 5, 2018, in support of the Trustee's Motion, the affirmation in opposition of Aron B. Borukhov ("Borukhov") dated April 19, 2018 in opposition to the Trustee's Motion, and the Trustee's response to the objection dated April 23, 2018; and the Court having held a hearing on April 25, 2018 to consider the Trustee's Motion and heard argument from the attorneys for the Trustee, the attorney for the Debtor, and the attorneys for Aish in support of the Trustee's Motion, and Borukhov in support of his objection, and the Court having read a decision into the record on April 25, 2018, finding that: (i) Trustee's counsel are competent and very experienced in administering cases such as this one; (ii) the Global Settlement is the product of arms-length bargaining; (iii) approval of the Global Settlement meets the criteria set forth in Rule 9019 and the applicable case law and that the Global Settlement is fair and equitable and in the best interests of the estate; and (iv) Borukhov does not have standing to object to the Global Settlement, and that even if he did have standing to object to the Global Settlement, his objection is overruled on substance; upon the record of the April 25, 2018 hearing

and of the proceedings had herein; after due deliberation and sufficient cause appearing therefore, it is hereby

 **ORDERED**, that the Global Settlement is approved; and it is further

 **ORDERED**, that the Trustee is authorized and directed to execute any documents and take such action reasonably necessary to effectuate the terms of the Global Settlement.



**Dated: May 9, 2018**
  **Brooklyn, New York**

        **Nancy Hershey Lord**
       **United States Bankruptcy Judge**